**ORIGINAL**

cc: φ

1983 FORM Rev. 01/2008

Jonathan Villegas- Escobar 29856-045
Name and Prisoner/Booking Number

FDC Honolulu
Place of Confinement

PO Box 30080
Mailing Address

Honolulu, HI 96820
City, State, Zip Code

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 07 2022

at 1 o'clock and 45 min. P M
MICHELLE RYNNE, CLERK

Filed copy mailed 3/8/2022 (jo)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

Jonathan Villegas-Escobar

(Full Name of Plaintiff )

Case No. **CV22  00087** JMS WRP

(To be supplied by the Clerk)

vs.

Estella Derr

Nathan Kwon, M.D.

Kevin Robl

(Full Names of Defendants; DO NOT USE *et al.* )

PRISONER CIVIL RIGHTS COMPLAINT

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

### A. JURISDICTION

1. Jurisdiction is invoked pursuant to:

   a. ☑ 28 U.S.C. § 1343(a)(3) ; 42 U.S.C. § 1983
   b. ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971)
   c. ☐ Other: (Please Specify) _____

2. Plaintiff: Jonathan Villegas- Escobar _____

   Institution/city where violation occurred: FDC Honolulu; Honolulu _____

3. First Defendant *: Estella Derr _____

This defendant is a citizen of (state and county) Hawaii            Honolulu            ,
and is employed as:

Warden _____ at FDC Honolulu _____.
(Position and Title)                      (Institution)

This defendant is sued in his/her ✓ individual ✓ official capacity (check one or both). Explain how

1

Received By Mail
Date MAR 0 7 2022

1983 FORM  Rev. 01/2008

this defendant was acting under color of law:

Executive Officer charged with oversight of FDC Honolulu

4.  Second Defendant: Nathan Kwon, M.D.

This defendant is a citizen of (state and county) Hawaii
Honolulu _____, and is employed as:

Chief Medical Officer _____ at FDC Honolulu
(Position and Title)                          (Institution)

This defendant is sued in his/her ✓ individual ✓ official capacity (check one or both).  Explain how
this defendant was acting under color of law:

Chief medical officer responsible for health care of all

FDC Honolulu inmates.

5.  Third Defendant: Kevin Robl

This defendant is a citizen of (state and county) Hawaii
Honolulu _____, and is employed as:

Unit Manager _____ at FDC Honolulu
(Position and Title)                          (Institution)

This defendant is sued in his/her ✓ individual ✓ official capacity (check one or both).  Explain how
this defendant was acting under color of law:

Individual responsible for inmate housing and custody.

(If you would like to name additional defendants, make a copy of this (blank) page and provide the necessary information.)

\*        A defendant may be named in an individual or official capacity, or both.  To sue a defendant in their individual
capacity, you must be able to state facts showing that the defendant was actually involved in violating your rights.  A suit
against a defendant in their official capacity is in reality a suit against the office or position the defendant holds.  Only
injunctive relief is available in an official capacity suit against a state official.  This is because the Eleventh Amendment
confers immunity upon the state or its officials against monetary damages resulting from federal court litigation.

        "Color of law" refers to whether the person is a private party or an employee, official, or agent of a state, county,
city, or the federal government.  There can be no civil rights action under § 1983 unless the defendant was "acting under color
of law."  After the color of law requirement is met, then it must be determined in which capacity the defendant is being sued.

2

1983 FORM Rev. 01/2008

## B. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits while a prisoner:    ☐ Yes    ☑ No

2. If your answer is yes, how many?: _____ Describe the lawsuit in the spaces below.

3. First previous lawsuit:

    a.   Plaintiff _____

        Defendants _____

    b.   Court and Case Number (if federal court, identify the district; if state court, identify the county):

        _____

    c.   Claims raised: _____

    d.   Disposition  (For example: Was the case dismissed? Was it appealed? Is it still pending?)

        _____

    e.   Approximate date of filing lawsuit _____

    f.   Approximate date of disposition _____

4. Second previous lawsuit:

    a.   Plaintiff _____

        Defendants _____

    b.   Court and Case Number (if federal court, identify the district; if state court, identify the county):

        _____

    c.   Claims raised: _____

    d.   Disposition  (For example: Was the case dismissed? Was it appealed? Is it still pending?)

        _____

    e.   Approximate date of filing lawsuit _____

    f.   Approximate date of disposition _____

3

1983 FORM Rev. 01/2008

5. Third previous lawsuit:

a.   Plaintiff _____

Defendants _____

b.   Court and Case Number (if federal court, identify the district; if state sourt, identify the county):

_____

c.   Claims raised: _____

d.   Disposition  (For example: Was the case dismissed? Was it appealed? Is it still pending?)

_____

e.   Approximate date of filing lawsuit _____

f.   Approximate date of disposition _____

(If you have filed more than three lawsuits, make a copy of this (blank) page and provide the necessary information.)

6.   Have you filed any actions in federal court that were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted? ___Yes ___No.

**If you have had three or more previous federal actions dismissed for any of the reasons stated above, you may not bring another civil action in forma pauperis unless you are under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).**

4

1983 FORM Rev. 01/2008

## C.  CAUSE OF ACTION

### COUNT I

1.  The following constitutional or other federal civil right has been violated by the Defendant(s):

8th Amendment – Deliberate Indifference

2.  Count I involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)    ☐Mail    ☐ Access to the court    ☑Medical care
☐ Disciplinary proceedings    ☐Property    ☐ Exercise of religion    ☐Retaliation
☐ Excessive force by an officer    ☐Threat to safety    ☐Other:_____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count I, without citing legal authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

See attached

4.    Injury: (State how you have been injured by Defendant(s)' actions or inactions.

See attached

5

1983 FORM Rev. 01/2008

## COUNT II

1.    The following constitutional or other federal civil right has been violated by the Defendant(s):

8th Amendment – Cruel and Unusual Punishment

2.    Count II involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)    ☐Mail    ☐ Access to the court    ☐Medical care
☐ Disciplinary proceedings    ☐Property    ☐ Exercise of religion    ☐Retaliation
☐ Excessive force by an officer    ☑Threat to safety    ☐Other:_____

3. **Supporting Facts:**(State as briefly as possible the FACTS supporting Count II, without citing legal authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

See attached

4.    Injury: (State how you have been injured by Defendant(s)' actions or inactions.

See attached

6

1983 FORM Rev. 01/2008

## COUNT III

1.    The following constitutional or other federal civil right has been violated by the Defendant(s):

_____

_____

2.  Count III involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)     ☐Mail        ☐ Access to the court     ☐Medical care

☐ Disciplinary proceedings        ☐Property     ☐ Exercise of religion     ☐Retaliation

☐ Excessive force by an officer        ☐Threat to safety     ☐Other:_____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count III, without citing legal authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

4.    Injury: (State how you have been injured by Defendant(s)' actions or inactions.

_____

_____

(If you assert more than three Counts, make a copy of this (blank) page and provide the necessary information.)

7

1983 FORM Rev. 01/2008

## D. REQUEST FOR RELIEF

State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

In order of preference, I would like:

1. To be granted U.S. Citizenship;

2. To be granted commutation of sentence, including no supervised release and pardon of federal convictions; and

3. To be awarded minimally three million ($3,000,000.00) U.S. Dollars

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT. See 28 U.S.C. § 1746 and 18 U.S.C. §1621.

Signed this __2nd__ day of ___March___, _2022_.
                                  (month)          (year)

_____
(Signature of Plaintiff)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If needed, you may attach no more than **fifteen (15) additional pages**. Number these pages in relation to the final page number of the section that is being extended (i.e. additional defendants' pages should be numbered "2A, 2B, etc.," additional previous lawsuits' pages "4A, 4B, etc.," additional claims should be numbered "7A, 7B, etc." This form, however, must be completely filled in to the extent applicable.

8

TRULINCS 29856045 - VILLEGAS-ESCOBAR, JONATHAN - Unit: HON-E-A

-----------------------------------------------------------------------------------------

FROM: 29856045
TO:
SUBJECT: 1983 Form - 5 - C: Cause for Action, Count I
DATE: 03/02/2022 07:24:15 PM

1. The following constitutional or other federal civil right has been violated by the Defendant(s):

8th Amendment of the United States Constitution -- Deliberate Indifference; Cruel and Unusual Punishment

2. Count I involves: MEDICAL CARE

3. Supporting Facts:

First Defendant (Warden, Ms. Estella Derr):
Failed to ensure adequate medical care by not having sufficient staffing capacity to serve the health care needs of all inmates designated to FDC Honolulu; especially during Dr. Kwon's extended 2021 military leave.

Second Defendant (Chief Medical Officer, Dr. Nathan Kwon, MD):
During initial transfer-intake and immediate subsequent 6-months, failed to properly assess, diagnose, and treat Plaintiff's hernia mesh (abdominal) health concerns. Numerous COP-Outs from Plaintiff to health services and Unit Management team went unanswered. Additionally, First Defendant failed to provide 'chief medical officer' guidance and direction on adequate assessment, care, and treatment of hernia mesh inmate-patients to subordinates and health services staff. Moreover, First Defendant failed to approve and proceed with MLP's November, 2021 consultation recommendation for an on-site ultrasound of Plaintiff's abdominal region. Instead, First Defendant denied the recommendation for consultation citing need for more medical review. Hence, First Defendant failed to review Plaintiff's entire medical record that includes pre-pre-trial detention (as of 2010) to current date visits, procedures, test results, etc.

Third Defendant (Unit Manager and Case Management Coordinator, Mr. Kevin Robl):
Failed to discharge duties of the Unit Manager and acting Case Management Coordinator by not following up on forwarded hernia mesh (abdominal pain) related COP-Outs to health services in a practicable and timely manner.

4. Injury:

Plaintiff endures unnecessary excruciating physical pain in the abdomen and scrodem (directly beneath the testes) regions, anxiety from the pain and suffering, resulting in prescription medication, and weight gain as Plaintiff is am unable to exercise regularly without experiencing stabbing pains in abdomen and, at times, scrodem areas.

TRULINCS 29856045 - VILLEGAS-ESCOBAR, JONATHAN - Unit: HON-E-A

--------------------------------------------------------------------------------

FROM: 29856045
TO:
SUBJECT: 1983 Form - 6 - C: Cause of Action, Count II
DATE: 03/02/2022 07:25:31 PM

1. The following constitutional or other federal civil right has been violated by the Defendant(s):

8th Amendment of the United States Constitution -- Cruel and Unusual Punishment

2. Count II involves:  THREAT TO SAFETY

3. Supporting Facts:

First Defendant (Warden, Estella Derr):
Failed to exercise executive powers of the office of Warden to ensure proper segregation of detainees and inmates; thereby, exacerbating the probability of hostile situations in the Cadre unit, due to known conflicts in inherent prison culture and language barriers.

Third Defendant (Unit Manager and Acting Case Management Coordinator, Mr. Kevin Robl)
Defendants failed to segregate prisoners by designation, classification, and custody level.  The cadre (working) unit houses pre-trial detainees and designated inmates; several of whom, like Plaintiff, are non-citizens; all with varying custody levels (Male PATTERN Risk Scores--High-Medium to Low-Minimum).  To date, Plaintiff remains housed in the cadre unit with pre-trial detainees, including the two (2) Plaintiff fought on July 12, 2021, per Incident Report and Disciplinary Hearing Officer Report Number 3542921 (Reference also SIS Investigation HON-21-0013; whereby, more than ten (10) prisoners--detainees and inmates--were involved the physical altercation--Code 201).  It is important to note that the names of the pre-trial detainees do not appear on either report.  Furthermore, Plaintiff only received 5-days of Disciplinary Segregation in the Special Housing Unit and a DIS GCT of 7-days.  This is a light 'action' on the part of the Disciplinary Hearing Officer and may be construed as a means to deflect attention away from the fact that the two (2) individuals Plaintiff fought with were, and still are, pre-trial detainees; neither of whom lost Good Credit Time.

4. Injury:

Plaintiff sustained a physical injury to lower right lip area during the July 12, 2021 physical altercation with two (2) pre-trial detainees.  Plaintiff suffers from Post Traumatic Stress Disorder and anxiety due to being housed with the two (2) pre-trial detainees that Plaintiff fought with.  This is primarily due to the fact that BOP usually segregates inmates who engage in physical altercations.