ORIGINAL

1983 FORM Rev. 01/2008

Cc: Jms/WRP/Filon

Jonathan Villegas-Escobar, 29856-045
Name and Prisoner/Booking Number
FDC Honolulu
Place of Confinement
PO BOX 30080
Mailing Address
Honolulu, HI 96820
City, State, Zip Code

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 09 2022

at 10 o'clock and 30 min. A M
CLERK, U.S. DISTRICT COURT

Ls

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

Jonathan Villegas-Escobar
(Full Name of Plaintiff) # 29856-045

vs.

Nathan, Kwon, M.D

Daniel Chi, RN

(Full Names of Defendants; DO NOT USE *et al.* )

Case No. 22-00087 JMS-WRP
(To be supplied by the Clerk)

### PRISONER CIVIL RIGHTS COMPLAINT

☐ Original Complaint
☐ First Amended Complaint
☑ Second Amended Complaint

### A. JURISDICTION

1. Jurisdiction is invoked pursuant to:

   a. ☐ 28 U.S.C. § 1343(a)(3) ; 42 U.S.C. § 1983
   b. ☑ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971)
   c. ☐ Other: (Please Specify) _____

2. Plaintiff: Jonathan Villegas-Escobar

   Institution/city where violation occurred: FDC Honolulu, Honolulu

3. First Defendant *: Dr. Nathan Kwon, MD

This defendant is a citizen of (state and county) Hawaii          Honolulu ,
and is employed as:

Chief Medical Officer          at    FDC Honolulu .
(Position and Title)                           (Institution)
This defendant is sued in his/her ✓ individual ___ official capacity (check one or both). Explain how

1

Received By Mail
Date MAY 09 2022

Mailed On
Date MAY 09 2022

1983 FORM Rev. 01/2008

this defendant was acting under color of law:
Chief Medical Officer responsible for delaying General Surgery evaluation consult and proper medical care and treatment

4. Second Defendant: Daniel Chi, RN

This defendant is a citizen of (state and county) Hawaii Honolulu _____, and is employed as:

Registered Nurse _____ at _____ FDC Honolulu _____
   (Position and Title)                        (Institution)

This defendant is sued in his/her ✓ individual ___ official capacity (check one or both). Explain how this defendant was acting under color of law:

Registered Nurse who assessed post-incident wounds and failed to provide adequate medical care and treatment, including pain relief medication

5. Third Defendant: _____

This defendant is a citizen of (state and county) _____
_____, and is employed as:

_____ at _____
   (Position and Title)                        (Institution)

This defendant is sued in his/her ___ individual ___ official capacity (check one or both). Explain how this defendant was acting under color of law:

_____

(If you would like to name additional defendants, make a copy of this (blank) page and provide the necessary information.)

\*      A defendant may be named in an individual or official capacity, or both. To sue a defendant in their individual capacity, you must be able to state facts showing that the defendant was actually involved in violating your rights. A suit against a defendant in their official capacity is in reality a suit against the office or position the defendant holds. Only injunctive relief is available in an official capacity suit against a state official. This is because the Eleventh Amendment confers immunity upon the state or its officials against monetary damages resulting from federal court litigation.

     "Color of law" refers to whether the person is a private party or an employee, official, or agent of a state, county, city, or the federal government. There can be no civil rights action under § 1983 unless the defendant was "acting under color of law." After the color of law requirement is met, then it must be determined in which capacity the defendant is being sued.

2

1983 FORM Rev. 01/2008

## B. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits while a prisoner:    ☐ Yes    ☑ No

2. If your answer is yes, how many?: _____ Describe the lawsuit in the spaces below.

3. First previous lawsuit:

    a.   Plaintiff _____

         Defendants _____

    b.   Court and Case Number (if federal court, identify the district; if state court, identify the county):

         _____

    c.   Claims raised: _____

    d.   Disposition  (For example: Was the case dismissed? Was it appealed? Is it still pending?)

         _____

    e.   Approximate date of filing lawsuit _____

    f.   Approximate date of disposition _____

4. Second previous lawsuit:

    a.   Plaintiff _____

         Defendants _____

    b.   Court and Case Number (if federal court, identify the district; if state court, identify the county):

         _____

    c.   Claims raised: _____

    d.   Disposition  (For example: Was the case dismissed? Was it appealed? Is it still pending?)

         _____

    e.   Approximate date of filing lawsuit _____

    f.   Approximate date of disposition _____

3

1983 FORM  Rev. 01/2008

5.  Third previous lawsuit:

a.  Plaintiff _____

Defendants _____

b.  Court and Case Number (if federal court, identify the district; if state sourt, identify the county):

_____

c.  Claims raised: _____

d.  Disposition  (For example: Was the case dismissed? Was it appealed? Is it still pending?)

_____

e.  Approximate date of filing lawsuit _____

f.  Approximate date of disposition _____

(If you have filed more than three lawsuits, make a copy of this (blank) page and provide the necessary information.)

6.  Have you filed any actions in federal court that were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted? ___Yes  ✓ No.

**If you have had three or more previous federal actions dismissed for any of the reasons stated above, you may not bring another civil action in forma pauperis unless you are under imminent danger of serious physical injury.** See 28 U.S.C. § 1915(g).

4

1983 FORM Rev. 01/2008

## C. CAUSE OF ACTION

### COUNT I

1.  The following constitutional or other federal civil right has been violated by the Defendant(s):

See 5-1, 5-2, and 5-3

2.  Count I involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)  ☐Mail  ☐ Access to the court  ☑Medical care

☐ Disciplinary proceedings  ☐Property  ☐ Exercise of religion  ☐Retaliation

☐ Excessive force by an officer  ☐Threat to safety  ☐Other:_____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count I, without citing legal authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

See 5-1, 5-2, and 5-3

4.  Injury: (State how you have been injured by Defendant(s)' actions or inactions.

5

TRULINCS 29856045 - VILLEGAS-ESCOBAR, JONATHAN - Unit: HON-E-A

--------------------------------------------------------------------------------

FROM: 29856045
TO:
SUBJECT: BIVENS: 5-C: Cause for Action, Count I
DATE: 04/29/2022 03:05:08 PM

1. The following constitutional or other federal civil right has been violated by the Defendant(s):

Eighth Amendment of the United States Constitution
(Constitutional Rights of Prisoners section 6.3 Application of the 8th Amendment, section 10.3 Right to Medical Aid, and section 10.5 Right to Life).

2. Count I involves: MEDICAL CARE

3. Supporting Facts:

Defendant Kwon; Chief Medical Officer, Dr. Nathan Kwon, MD; failed to provide adequate medical care to Plaintiff. Defendant Kwon's inactions resulted in injuries and illnesses that amount to deliberate indifference. Reference Hanalei Yukutaru Aipoalani v. Kwon, et. al., CR 22-00093 DKW-RT.

Defendant Chi; Registered Nurse Daniel Chi, RN; failed to provide adequate medical care to Plaintiff. Defendant Chi's inactions resulted in injuries that amount to deliberate indifference. Reference Hanalei Yukutaru Aipoalani v. Kwon, et. al., CR 22-00093 DKW-RT.

On 06/17/2021, Defendant Kwon performed Plaintiff's initial health assessment. During such time, Defendant Kwon mentioned that FDC Honolulu did not receive Plaintiff's medical records from private prison Rivers Correctional Institute (North Carolina). During 06/17/2021 intake assessment and evaluation, Defendant Kwon asked Plaintiff about any major surgeries. To which Plaintiff advised Defendant Kwon of two major procedures: 1) abdomen hernia mesh and 2) right knee and calf. Plaintiff informed Defendant Kwon that abdomen area was very painful. Plaintiff's review of his BOP FDC Honolulu medical records only reflect Plaintiff's right knee and calf surgery due to gun shot wound. No mention or note about abdomen hernia mesh was documented in medical records. Nonetheless, it is important to underscore that given the pain in Plaintiff's abdomen region, Defendant Kwon renewed Plaintiff's Ibuprofen (400mg x 2 = 800mg) prescription (from Victorville) for pain management on 06/17/2021 and prescription continues to-date.

On 07/13/2021 Plaintiff was seen by Defendant Chi for post-fight (involving more than 15 inmates and detainees) injuries Plaintiff sustained to lower lip and mouth. Plaintiff was in extreme pain--on a scale of 1 thru 10, 10 being extremely painful, Plaintiff affirmed a level 10. Plaintiff's lip had a gash (hole, penetration) with visible bite marks on inside of upper and lower lips, and was swollen and bloody due to, what Defendant Chi noted in medical records that "contusion appears to be a result of blunt force trauma." Defendant Chi did not treat or prescribe any medication for Plaintiff's injuries and pain. Therefore, upon returning to the SHU from Health Services, Plaintiff asked Lt. Herrera to retrieve his OTC Ibuprofen from his personal belongings to help with the unbearable pain; which she did.

Plaintiff was also assessed in Health Services by either Mid Level Practitioner (MLP) Donna Roberts or Dr. Kwon on 11/17/2021, 12/08/2021, 01/11/2022, 02/23/2022 (sick call), 03/18/2022, 04/01/2022, and 04/13/2022. During each Clinical Encounter, Plaintiff informed health care practitioners of extreme abdomen pain and stabbing feeling; as though the hernia mesh was stabbing Plaintiff's abdomen/intestines. Plaintiff was very fearful of internal bleeding in intestines/abdomen region. MLP Roberts entered examination, including such related to abdominal pain, notes into Plaintiff's medical records.

Additionally, Plaintiff expressed concerns about pain in abdomen region and stabbing feeling to Health Services staff Dayton via Sick Call on 01/24/2022, to which Plaintiff was seen in Unit on 01/25/2022 by Mid Level Practitioner Donna Roberts. Plaintiff informed MLP Roberts of the extreme pains in abdomen region and heartburn. Moreover, concerns about severe pain in abdomen region were expressed to Health Services staff during 01/10/2022 - 01/24/2022 COVID-19 Outbreak Lockdown symptoms checks; namely on 01/10/2022, 01/12/2022, 01/13/2022 when Health Services performed COVID-19 RAPID tests on Plaintiff. Health Services staff did not append such notes to Plaintiff's medical records. Health Services did not provide Acetaminophen for COVID-19 related pain and fever.

Plaintiff also articulated such concerns via email (COP-Out) to Health Services staff on 12/30/2021 (Defendant Kwon, stating, "Yesterday I was experiencing some discomfort in my abdomen the pain gets worse and my belly is sensitive to the touch. I felt yesterday that the hernia mesh was ripping into my abdomen when I turned or twisted certain ways...today, my stomach continues to be sensitive to the touch and I am still in pain. I still feel that hernia mesh ripping into my abdomen and fear that I

TRULINCS 29856045 - VILLEGAS-ESCOBAR, JONATHAN - Unit: HON-E-A
------------------------------------------------------------------------------------------

may have internal bleeding...."), 02/15/2022 (MLP Roberts stating, "I am writing to follow-up on the status of the ultrasound that ordered for me last November/December. At the moment, I have been experiencing constant pain in my abdomen section; like chicken wire protruding through my abdomen. Whenever I eat and my stomach expands, it causes me pain in my midsection. I am also having trouble urinating...."), 02/28/2022 (Defendant Kwon stating, "I am looking forward to learning of the next steps for my hernia mesh issue...."), 03/14/2022 (Health Services staff stating, "I was scheduled for a 9:30 a.m. appointment with an MLP today. Unfortunately, unbeknownst to me, my appointment was canceled without notice or reason. I look forward to learning of my rescheduled date and time."), 03/18/2022 (MLP Roberts stating,"...I appreciate you confirming that my external consult (for abdominal hernia mesh issue), eye doctor's (internal), and x-ray (internal) appointments have been scheduled. I also appreciate you placing an order for me to receive a knee brace and more Ibuprofen for pain management purposes. I am looking forward to my external consult and, soon thereafter, having my abdomen pain issues, that I have been enduring for more than 5-years, resolved through appropriate means."), and 04/08/2022 (MLP Roberts) to list several. It is important to note that Plaintiff did not receive email responses from Health Services staff. NOTE: Plaintiff submitted more COP-Outs to Health Services prior to 12/30/2021, however, such COP-Outs are no longer available to Plaintiff via Trulincs as BOP deletes inmate electronic COP-Outs after 60-days. COP-Outs older than 60-days are part of inmate COP-Out forward-threads.

As a result of Plaintiff's 12/08/2021 Clinical Encounter with MLP Roberts, a Radiology offsite consultation was ordered for 01/10/2022. MLP Roberts stated to Plaintiff that she tries her best to help inmates. But she is only the MLP and not the Doctor in charge. MLP Roberts informed Plaintiff of the consult being ordered. But she did not provide a definitive date or range. MLP Roberts' Administrative Note 1 reads, "Patient with history of abdominal hernia repair. Reports abd discomfort upon straining feeling a pulling sensation at old abdominal surgical site that radiates to his back of his rectum." On 12/17/2021, Assistant Health Services Administrator D. Smith, PA-C amended order from Radiology to General Surgery Eval NOS offsite consultation and made no changes to Administrative Note 1. Scheduled date of 01/10/2022 also remained unchanged. On 12/27/2021. Defendant Kwon amended the order Administrative Note 1 to read, "No mention of hernia exam. Recommend clear documentation and follow-up instructions addressing hernia." As a result, the consultation order was halted and Plaintiff continues to unnecessarily endure stabbing pain in abdomen region. For excruciating abdomen region pain relief, Plaintiff takes chronic care prescription Ibuprofen and Acetaminophen almost daily.

In an effort to remedy the delay in medical care, on 02/26/2022, Plaintiff submitted a BP-8.5 Administrative Remedies to Mr. Kevin Robl, Unit Manager. In BP-8.5 Plaintiff articulated need for an onsite ultrasound of abdomen region as Plaintiff was experiencing constant pain and felt as though hernia mesh had tore and was [is] stabbing Plaintiff. Mr. Robl hand delivered 03/02/2022 dated BP-8.5 with the following response: "Health Services staff indicated an evaluation with a general surgeon is currently being scheduled."

On the morning of 04/21/2022, Plaintiff was asked by morning pill line Nurse Doi if he was still interested in seeing the Podiatrist. Plaintiff's order for podiatry consult was ordered by Defendant Kwon during initial intake on 06/17/2021 (Defendant Kwon neglected to order consult for Plaintiff to be seen by Radiology or General Surgeon for abdomen hernia mesh issue). Plaintiff responded in the affirmative. That afternoon, at approximately 1:45 p.m. HST, ACO D. Paalani informed Plaintiff that he was being taken out of the facility for external consultation with podiatrist. Plaintiff was taken out and seen by Dr. Yamaguchi on 04/21/2022. Plaintiff is awaiting follow-up and next steps from Defendant Kwon and Health Services staff.

On 04/22/2022, Health Services Administrator Mr. T. Lidge was in the Unit. Plaintiff spoke with Mr. Lidge and explained about June 2017 hernia mesh procedure and reoccurring pain in abdomen region. To which Mr. Lidge replied that FDC Honolulu only treats pain and that Plaintiff's concerns requires that an external consult be done. Mr. Lidge further explained that Plaintiff requires an ultrasound to determine necessary next steps. Plaintiff then asked Mr. Lidge to check-up on the status of Plaintiff's General Surgery consult for his abdomen that was ordered by Assistant Health Services Administrator Smith and stalled by Defendant Kwon. Mr. Lidge said that he would follow-up on this matter on 04/25/2022 when Defendant Kwon returns to the office.

It is important to note that Plaintiff's abdomen hernia mesh procedure was done in June, 2017; while Plaintiff was being held as a pre-trial detainee. During incarceration at private prison Rivers Correctional Institution in North Carolina, Plaintiff submitted numerous COP-Outs to the Unit Management and Health Services teams, respectively. On 03/17/2019 Plaintiff received an incident shot (Incident Report 3234662) for refusing to stand for count. Plaintiff refused to stand for count as he was in excruciating pain (abdomen region) and in serious need of medical attention for pain in abdomen hernia mesh. NOTE: Plaintiff, who suffered a gun shot wound and abdomen hernia was assigned an upper bunk during his initial intake at Rivers CI as well as during transfer holds at Oklahoma and Victorville facilities, and is currently assigned 5A-125 Upper Bunk (Plaintiff's cell mate does not have a Lower Bunk memo, yet is assigned Lower Bunk).

4. Injury:

TRULINCS 29856045 - VILLEGAS-ESCOBAR, JONATHAN - Unit: HON-E-A
---------------------------------------------------------------------------------------------

Plaintiff endures unnecessary excruciating physical pain in the abdomen and rectum (directly beneath the testes) regions, anxiety from the pain and suffering as well as fear of retaliatory assault from other inmates, resulting in chronic care prescription medication (including Sertraline HCI, 50mg daily--starting on or about 09/20/2021, after having returned from the SHU for fighting incident that resulted in lower lip injuries that were never treated by Defendant Chi), and weight gain as Plaintiff is unable to exercise regularly without experiencing stabbing pains in abdomen and, at times, lower rectum areas. As a result of the injury sustained from 07/12/2021 altercation, which Plaintiff was examined by Defendant Chi on 07/13/2021, the area directly beneath Plaintiff's outer lower right lip bulges out (protrudes). This is a visible deformity.

1983 FORM Rev. 01/2008

## COUNT II

1.     The following constitutional or other federal civil right has been violated by the Defendant(s):

_____

_____

2.   Count II involves: (Check **only one**; if your claim involves more than one issue, each issue should
be stated in a different count)       ☐Mail        ☐ Access to the court       ☐Medical care
☐ Disciplinary proceedings        ☐Property       ☐ Exercise of religion       ☐Retaliation
☐ Excessive force by an officer        ☐Threat to safety      ☐Other:_____

3. **Supporting Facts:**(State as briefly as possible the FACTS supporting Count II, without citing legal
authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

4.     Injury: (State how you have been injured by Defendant(s)' actions or inactions.

_____

_____

_____

6

1983 FORM  Rev. 01/2008

## COUNT III

1.      The following constitutional or other federal civil right has been violated by the Defendant(s):

_____

_____

2.  Count III involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)     ☐Mail        ☐ Access to the court     ☐Medical care

☐ Disciplinary proceedings        ☐Property      ☐ Exercise of religion      ☐Retaliation

☐ Excessive force by an officer        ☐Threat to safety      ☐Other:_____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count III, without citing legal authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

4.      Injury: (State how you have been injured by Defendant(s)' actions or inactions.

_____

_____

(If you assert more than three Counts, make a copy of this (blank) page and provide the necessary information.)

7

1983 FORM Rev. 01/2008

## D.  REQUEST FOR RELIEF

State briefly exactly what you want the Court to do for you.  Make no legal arguments.  Cite no cases or statutes.

Minimally three million U.S. dollars ($3,000,000.00 USD).

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT. See 28 U.S.C. § 1746 and 18 U.S.C. §1621.

Signed this 29th day of April, 2022.

<div style="padding-left:2em">(month)      (year)</div>

(Signature of Plaintiff)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If needed, you may attach no more than **fifteen (15) additional pages.** Number these pages in relation to the final page number of the section that is being extended (i.e. additional defendants' pages should be numbered "2A, 2B, etc.," additional previous lawsuits' pages "4A, 4B, etc.," additional claims should be numbered "7A, 7B, etc." This form, however, must be completely filled in to the extent applicable.

8